**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kun Sik KIM, Defendant–Appellant.**

No. 00–50507.

D.C. No. CR–99–00795–CBM.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.[*]

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM [**]

Kun Sik Kim appeals from his guilty plea conviction and 171–month sentence

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

imposed for kidnapping, in violation of 18 U.S.C. § 1201(a)(1), and use of a firearm in relation to a crime of violence, in violation of 18 U.S.C. § 924(c). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Kim's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Kim has not filed a pro se supplemental brief.

Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.